■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD BURGESS, Appellant. [696 NYS2d 684] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 9, 1998 (*People v Burgess,* 255 AD2d 391), affirming a judgment of the Supreme Court, Kings County, rendered October 21, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Sullivan, J. P., Altman, Krausman and Florio, JJ., concur.